<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6013**

---

PAUL ARTHUR LIPICH,

Petitioner - Appellant,

versus

GEORGE M. HINKLE; ATTORNEY GENERAL OF THE
COMMONWEALTH OF VIRGINIA,

Respondents - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CA-98-694-R)

---

Submitted: April 15, 1999          Decided: April 20, 1999

---

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Paul Arthur Lipich, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul Lipich appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We agree with the district court's conclusion that Lipich's petition was not timely filed. <u>See</u> 28 U.S.C.A. § 2244(d) (West Supp. 1998); <u>Brown v. Angelone</u>, 150 F.3d 370, 374-76 (4th Cir. 1998). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>